**Opinion issued November 7, 2023**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-23-00642-CR

———————————

**LAKOREEN PARKER, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 337th District Court**
**Harris County, Texas**
**Trial Court Cause No. 1630863**

---

## MEMORANDUM OPINION

Appellant Lakoreen Parker has filed a motion to dismiss the appeal. The motion complies with Texas Rule of Appellate Procedure 42.2(a). *See* TEX. R. APP. P. 42.2(a). We have not issued a decision in the appeal. The Clerk of this Court has sent a duplicate copy of the motion to the trial court clerk. *Id.*

Accordingly, we dismiss the appeal. *See* TEX. R. APP. P. 43.2(f).  We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Adams and Justices Hightower and Countiss.

Do not publish. *See* TEX. R. APP. P. 47.2(b).